BUILDERS' MORTGAGE COMPANY, Appellant, *v.* DAVIS BERKOWITZ et al., Defendants.

ANNIE WOLF, Respondent.

*Builders' Mortgage Co.* v. *Berkowitz*, 142 App. Div. 57, affirmed.
(Argued March 15, 1911; decided April 4, 1911.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, which affirmed an order of Special Term relieving the respondent herein from her pur-

chase at a foreclosure sale, directing a resale of the premises and that out of the proceeds the said respondent be paid the amount of a deposit made by her on her purchase, her expenses and costs.

*Henry Escher, Jr.*, and *Lyttleton Fox* for appellant.

*George E. Miner* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: HAIGHT, J.